UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DOUGLAS ULAND,  )<br>ULAND & SON HEAVY EQUIPMENT  )<br>TRANSPORTING, INC.,  )<br>RICKY KNAPP,  )<br>)<br>Defendants.  ) | No. 2:24-cv-00334-JPH-MKK |

## ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE

The Plaintiff and Defendants Douglas Uland and Uland & Son Heavy Equipment Transporting, Inc., by counsel, appeared for a telephonic initial pretrial conference on October 1, 2024, with the Magistrate Judge. Pro se Defendant Knapp failed to appear. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

This matter is set for a telephonic show cause and status conference on **November 22, 2024, at 1:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Parties shall attend the conference by calling **571-353-2301, Meeting ID 686088371**. Defendant Knapp is **ORDERED** to call-in to answer why he failed to appear at the October 1 hearing.

**SO ORDERED.**

Date: 10/3/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.

Via U.S. Mail:

Ricky Knapp
9774 N. St. Rd. 43
Solsberry, Indiana  47459